IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| JONATHAN ALTADONNA, <br><br> Plaintiff, <br><br> v. <br><br> U.S. SMOKELESS TOBACCO COMPANY, LLC, <br><br> Defendant. | CIVIL ACTION NO. 19-cv-00078 |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, on their own behalf, or by and through their undersigned counsel, and enter into this Stipulation of Dismissal of all claims by Plaintiff Johnathan Altadonna, against Defendant U.S. Smokeless Tobacco Company, LLC, in the above-captioned matter, with prejudice.

Respectfully submitted,

KNOX MCLAUGHLIN GORNALL & SENNETT, P.C.

By: *[signature]*
Jonathan Altadonna
5384 Covington Valley Drive
Erie, PA 16504

*Pro Se Plaintiff*

By: */s/ Neal R. Devlin*
Neal R. Devlin
120 West Tenth Street
Erie, PA 16501-1461
Telephone: (814) 923-4841
Fax: (814) 453-4530
Email: ndevlin@kmgslaw.com

*Attorneys for Defendant U.S. Smokeless Tobacco Company, LLC*

It is so ordered.

*[signature] Susan Paradise Baxter*
United Stated District Judge